UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re:   LARRY HOPSON,                              Chapter 13

         Debtor.                                    Case No. 19-21065-BHL
_____

### ORDER CONTINUING AUTOMATIC STAY
_____

    Based on the hearing held March 5, 2019, to consider the Debtor's Motion to Continue the Automatic Stay, wherein Atty. Paul A. Strouse appeared on behalf of the Debtor, Larry Hopson, Atty. Sandra Baner appeared on behalf of Chapter 13 Trustee and Atty. Kevin Sullivan appeared on behalf of the City of Milwaukee and the Court having considered this matter:

    IT IS HEREBY ORDERED: the Motion is granted, and the automatic stay will remain in effect as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay in the future.

    IT IS FURTHER ORDERED: that the automatic stay will remain in effect to the City of Milwaukee, without prejudice to the right of the City of Milwaukee to seek relief from the automatic stay regarding the five (5) properties that Debtor is retaining ONLY.

#####

Drafted By:
Atty. Paul A. Strouse
Strouse Law Offices
413 N. 2nd Street - Suite 150
Milwaukee, WI 53203
Telephone: (414) 390-0820
Facsimile:  (414) 220-5115
Email:  StrouseLawOffices@gmail.com